### 11321. GILBERT *v.* THE STATE.

LUKE, J. 1. The evidence in this case amply supported the verdict of guilty, and there was no error in the admission of evidence.

2. The assignment of error upon the alleged improper argument of counsel for the State raises no question for the determination of this court, since no motion for a mistrial was made.

3. For no reason assigned was it error to overrule the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
>
> DECIDED JUNE 15, 1920.

Indictment for misdemeanor; from Laurens superior court — Judge Kent. February 5, 1920.

Gilbert was indicted under section 387 of the Penal Code (1910), the indictment charging him with having used obscene, vulgar, and profane language in the presence of a female. One of the grounds of the motion for a new trial was that the court permitted a named witness to testify that the defendant was drunk; the defendant's attorney objecting to this testimony on the ground that it was irrelevant, immaterial, and prejudicial. In the brief of counsel for the plaintiff in error it was requested that the Court of Appeals request the Supreme Court to overrule or modify the ruling made in *Pierce* v. *State,* 53 *Ga.* 365, as to proof of drunkenness in such a case.

*W. A. Dampier, S. P. New,* for plaintiff in error.
*E. L. Stephens, solicitor-general,* contra.